PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ROBERTA NUESTRO LAUSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTA NUESTRO LAUSER,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:20-CV-02122-CKD<br><br>ORDER TO EXTEND THE SCHEDULING DATES PURSUANT TO STIPULATION<br><br>Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for Plaintiff to provide Plaintiff's Motion For Summary Judgment shall be extended to and including September 29, 2021, with all other scheduling dates to be continued accordingly, per the Case Management Order. The final Motion For Summary Judgment shall be filed on or before November 1, 2021.

Dated:  September 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE