PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ROBERTA NUESTRO LAUSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTA NUESTRO LAUSER, | Case No.: 2:20-CV-02122-CKD |
| Plaintiff, | |
| v. | ORDER TO CORRECT THE SCHEDULING CALENDAR |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the scheduling calendar shall be corrected as follows:

- Plaintiff's Motion For Summary Judgment shall be extended to and including October 1, 2021,
- Defendants Cross-Motion For Summary Judgment shall be extended to and including November 15, 2021,
- Plaintiff's Reply shall be extended to and including November 30, 2021.

Dated: September 14, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE