PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTA NUESTRO LAUSER,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | 2:20-cv-02122-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension from November 15, 2021 through December 1, 2021 to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel will be out of the office on medical leave from Oct. 5, 2021-November 3, 2021. Defendant's counsel currently has five briefs due within the next month that she has to draft upon her return

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

and anticipates that she will have additional briefs due when she returns.  There are no other attorneys available to handle this brief while counsel is out of the office.  As of September 14, 2021, counsel's office had 404 district court briefs due in the following sixty days and at least 300 of these were due within thirty days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Law Office of Patricia L. McCabe

Dated:  October 4, 2021            /s/ Patricia L. McCabe  by Chantal R. Jenkins*
                                   *As authorized *via* email on Oct. 4, 2021
                                   Patricia L. McCabe
                                   Attorney for Plaintiff

Dated:  October 4, 2021            PHILLIP A. TALBERT
                                   Acting United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                          By:      /s/ Chantal R. Jenkins
                                   CHANTAL R. JENKINS
                                   Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

Dated:  October 5, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE