McGREGOR W. SCOTT
United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
Jennifer J. Selby, MSBN 10183
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (214) 767-4464
    Facsimile: (214) 767-4473
    E-Mail: Jennifer.Selby@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTA NUESTRO LAUSER,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-02122-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 1, 2021, up to and including December 31, 2021. This is the Defendant's second request for an extension.

    Defendant requests this extension for additional time to confer with the agency regarding settlement.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 1, 2021 | /s/  *Patricia L. McCabe**  <br>(*as authorized via e-mail on December 1, 2021)<br>PATRICIA L. McCABE<br>Attorney for Plaintiff |
| Dated: December 1, 2021 | McGREGOR W. SCOTT<br>United States Attorney<br>PETER K. THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/  *Jennifer J. Selby*  <br>JENNIFER J. SELBY<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 31, 2021, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  December 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE