1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PETER K. THOMPSON
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   JENNIFER J. SELBY, MS SBN 10183
4  Special Assistant United States Attorney
5         160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (214) 767-4464
           Facsimile: (214) 767-4117
7          E-Mail: Jennifer.Selby@ssa.gov
8
   Attorneys for Defendant
9
                   UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11
                       SACRAMENTO DIVISION
12

13 | ROBERTA NUESTRO LAUSER, ) 2:20-CV-02122-CKD
14 |                         )
15 |        Plaintiff,        ) STIPULATION & ORDER TO REMAND
   |                         ) PURSUANT TO SENTENCE FOUR OF 42
16 |    vs.                  ) U.S.C. § 405(g)
   | KILOLO KIJAKAZI,        )
17 | Acting Commissioner of Social Security, )
   |                         )
18 |        Defendant.        )
   |                         )
19 |_____)

20        IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

21 attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security

22 (Commissioner) has agreed to a voluntary remand of this case for further administrative

23 proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

24        On remand, the Appeals Council will remand the case for assignment to a different

25 administrative law judge (ALJ) for further development of the record and a new decision.  The

26 Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain evidence from a

27 medical expert regarding the claimant's established onset date for disability to assist the ALJ in

28 determining whether the claimant was disabled prior to her date last insured of September 30,

2008, pursuant to Social Security Ruling 18-1p, and consider the impact of the claimant's fibromyalgia consistent with SSR 12-2. The Appeals Council will instruct the ALJ to give claimant an opportunity to provide additional evidence and testimony at a hearing before issuing a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 27, 2021         Respectfully submitted,

                                 Law Offices of Patricia L. McCabe

                                 /s/ Patricia L. McCabe*
                                 *As authorized *via* email on December 9, 2021
                                 Patricia L. McCabe
                                 Attorney for Plaintiff

Dated: December 27, 2021         PHILLIP A. TALBERT
                                 Acting United States Attorney
                                 PETER K. THOMPSON
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    /s/ Jennifer J. Selby
                                 JENNIFER J. SELBY
                                 Special Assistant United States Attorney

                                 ORDER

APPROVED AND SO ORDERED:

Dated: January 3, 2022

                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE