PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ROBERTA NUESTRO LAUSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTA NUESTRO LAUSER<br>       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>       Defendant. | Case No. 2:20-CV-02122-CKD<br><br>ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Carolyn K. Delaney |

    Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees and expenses be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $5,610.70, and expenses in the amount of $0.00 pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

    It is so ordered.

Dated: March 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE